**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED

MAR 16 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____________ DEPUTY CLERK

| | | |
|---|---|---|
| IN THE NAME OF THE UNITED STATES OF AMERICA FOR THE USE OF AHERN RENTALS, INC., and AHERN RENTALS, INC., a Nevada corporation, *Plaintiff,* | § | |
| vs. | § | **Civil Action No. 5:15-cv-00052-OLG** |
| ROCKIN' S CONSTRUCTION COMPANY, INC., a Texas corporation; ANTHONY SMITH, an individual; SATTERFIELD AND PONTIKES CONSTRUCTION, INC., a Texas corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation, *Defendants.* | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day came on to be heard the Motion of Ahern Rentals, Inc., Plaintiff in the above entitled and numbered, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the above entitled and numbered cause be and the same is dismissed with prejudice to the rights of Plaintiff to refile same or any party thereof. All costs of court are taxed against the party which incurred said cost, for the collection of which execution may issue.

SIGNED this 16 day of March, 2015.

[signature]
JUDGE PRESIDING